# Court of Appeals
# of the State of Georgia

ATLANTA,_____June 16, 2016_____

*The Court of Appeals hereby passes the following order:*

**A16A1829. ROY DYKES v. DANNY WATTS.**

This case originated in magistrate court. After an adverse ruling, Roy Dykes appealed the magistrate court decision to superior court, which affirmed the magistrate court's ruling. Dykes then filed this direct appeal. We lack jurisdiction. Because the order at issue disposes of a de novo appeal from a magistrate court decision, Dykes was required to follow the discretionary appeal procedures. See OCGA § 5-6-35 (a) (1); *English v. Delbridge*, 216 Ga. App. 366, 367 (454 SE2d 175) (1995). His failure to do so deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,_____ 06/16/2016_____*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*